THE STATE OF OHIO, APPELLANT, *v.* SINGH, APPELLEE.

[Cite as *State v. Singh* (2001), 92 Ohio St.3d 1213.]

(No. 00–1536—Submitted May 15, 2001—Decided June 27, 2001.)

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Charles E. Coulson,* Lake County Prosecuting Attorney, *Vincent A. Culotta,* Chief Assistant Prosecuting Attorney, and *Brian L. Summers,* Supervisor, Appellate Division, Assistant Prosecuting Attorney, for appellant.

*Morganstern, MacAdams & DeVito Co., L.P.A.,* and *Michael A. Partlow,* for appellee.

*Betty D. Montgomery,* Attorney General, *David M. Gormley,* State Solicitor, and *Michael R. Gladman,* Assistant Solicitor, urging reversal for *amicus curiae,* Attorney General of Ohio.